UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL CASE NO. 09-60185-CIV-COHN/SELTZER
(CRIMINAL CASE NO. 07-CR-60143)

REGINALD WARE,

        Movant,

vs.

UNITED STATES OF AMERICA,

        Respondent.

_____/

## ORDER DEYING MOTION FOR CERTIFICATE OF APPEALABILITY

THIS CAUSE is before the Court upon Movant's *pro se* Notice of Appeal which this Court construes as a Motion for Certificate of Appealability [DE 20] ("Motion"). The Court has carefully considered the Motion and is otherwise advised in the premises.

This Court adopted the Report and Recommendations of Magistrate Judge Seltzer and overruled Mr. Ware's Objections [DE 18]. After considering the instant Motion for Certificate of Appealability, the Court denies such certification, as the Court concludes under Slack v. McDaniel, 529 U.S. 473, 484 (2000), that Movant has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." The Court notes that pursuant to Rule 22(b)(1), the Movant may now seek a certificate of appealability from the Eleventh Circuit.

Accordingly, it is **ORDERED AND ADJUDGED** that Movant's Motion for

Certificate of Appealability [DE 20] is **DENIED**.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, on this 18th day of August, 2009.

 

                                        _____
                                        JAMES I. COHN
                                        United States District Judge

Copies provided to the following:

All counsel of record on CM/ECF

Reginald Ware
Reg. No. 77424-004
FCC Coleman-Medium
P.O. Box 1032
Coleman, FL 33521